# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALCOLM HEADEN | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 18-CV-3016 |
| | : |
| OFFICER THOMAS CLARKE, | : |
| LT. JOHN MCCROREY and | : |
| OFFICER GREGORY HOLMAN | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 2nd day of April, 2019 upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 19) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons outlined in the foregoing Memorandum Opinion and Judgment is entered in favor of Defendants and against Plaintiff as a matter of law on all of the remaining counts of the Plaintiff's Amended Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.